IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| KIRBIE BECKER, | : | |
| | : | |
| Plaintiff, | : | CIVIL ACTION NO. 19-5700 |
| | : | |
| v. | : | |
| | : | |
| EARLY WARNING SERVICES, LLC, | : | |
| | : | |
| Defendant. | : | |

## ORDER

**AND NOW**, this 7th day of May, 2020, after considering the defendant's motion to dismiss (Doc. No. 22); the plaintiff's response to the defendant's motion (Doc. No. 23); the defendant's reply to the plaintiff's response (Doc. No. 26); and having heard argument of counsel by telephone on February 19, 2020; and for the reasons set forth in the separately filed memorandum opinion, it is hereby **ORDERED** as follows:

1. The defendant's motion to dismiss (Doc. No. 22) is **GRANTED** and the amended complaint (Doc. No. 17) is **DISMISSED WITHOUT PREJUDICE** for lack of subject-matter jurisdiction;

2. The plaintiff's request for leave to amend is **DENIED**; and

3. The clerk of the court shall mark this case as **CLOSED**.

BY THE COURT:

/s/ *Edward G. Smith*
EDWARD G. SMITH, J.